KRAKOFF, ADMINISTRATOR *v.* WEAVER ET AL.

No. 1174. Decided May 22, 1967.

*Thelma C. Furry* for appellant.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

TENNESSEE EX REL. NEW PROVIDENCE UTILITY DISTRICT ET AL. *v.* CITY OF CLARKSVILLE ET AL.

No. 1182. Decided May 22, 1967.

*W. Raymond Denney* and *Stanley M. Chernau* for appellants.

*Edwin F. Hunt* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.